UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **00 - 6333  CR - FERGUSON**

18 U.S.C. 2113(a)
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH J. FELZER and
KIMBERLY ADAMS,

    Defendants.

_____/

FILED by ___ D.C.

NOV 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 23, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendants,

    JOSEPH J. FELZER and
    KIMBERLY ADAMS,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Bank of America, approximately two thousand, five hundred and nineteen dollars ($2,519) in United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, Fort Lauderdale, Florida, a bank whose deposits were then insured



by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

*[signature]*
GRAND JURY FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

Joseph J. Felzer, and
Kimberly Adams

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)     Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days         _X_      Petty      ___
   II   6 to 10 days        ___      Minor      ___
   III  11 to 20 days       ___      Misdem.    ___
   IV   21 to 60 days       ___      Felony     _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __October 23, 2000__
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500033

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: **Joseph J. Felzer**     Case No.: _____

Count #: **1**         **Bank Robbery**

**18 U.S.C. § 2113 (a), 18 U.S.C. § 2**

*Max. Penalty: **Twenty years' imprisonment, three year period of supervised release and $250,000 fine.**

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: **Kimberly Adams**    Case No.: _____

Count #: **1**        **Bank Robbery**

**18 U.S.C. § 2113 (a), 18 U.S.C. § 2**

*Max. Penalty: **Twenty years' imprisonment, three year period of supervised release and $250,000 fine.**
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
    *Refers only to possible term of incarceration, does not
    include possible fines, restitution, special assessments,
    parole terms, or forfeitures that may be applicable.
================================================================