AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
V.
KIMBERLY ADAMS

**WARRANT FOR ARREST**

CASE NUMBER **00-6333**

**CR-FERGUSON**

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Kimberly Adams_ ~~JOSEPH J. FELZER~~
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title __18__ United States Code, Section(s) __2113(a)__

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

CLERK OF THE COURT/COURT ADMINISTRATOR
Title of Issuing Officer

11-30-2000   FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ _____ by _[signature]_
Name of Judicial Officer

**RETURN**

INFORMATION COPY ONLY

This warrant was received and executed with the arrest of the above-named defendant

MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER
DATE OF ARREST | | Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
_[signature]_
Deputy Clerk

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: KIMBERLY ADAMS

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, 16320 N.W. 2nd Ave, North Miami Beach, Florida 33169