COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Kimberly Adams (J)#   CASE NO: 00-6333-CR-Ferguson
AUSA: Tom Lanigan   ATTNY: Robert Berube
AGENT: FBI   VIOL: Bank Robbery
PROCEEDING: Initial Appearance   BOND REC: PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: Federal Public Defenders
✓ BOND SET @ $250,000.00 Corporate Surety Bond w/Nebbia
CO-SIGNATURES: Requirement
- Reading of Indictment waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

—Defendant Sworn

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 1/3/01   11:00   Snow

DATE: 12-19-00   TIME: 11:00am   TAPE # 00-098   PG # 1326-2040