

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-Ferguson

UNITED STATES OF AMERICA

vs

KIMBERLY ADAMS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on December 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __In Custody__

                   Telephone:_____

DEFENSE COUNSEL:   Name: __Federal Public Defenders__

                   Address:_____

                   Telephone:_____

BOND SET/CONTINUED: $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __19th__ day of __December__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. __00-098__

cc: Copy for Judge
    U. S. Attorney