FILED by _OA_ D.C.
DEC 2 0 2000
CLL
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55592-004

UNITED STATES OF AMERICA )
               Plaintiff ) Case Number: CR 00-6333-WDF
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Adams, Kimberly Rae )
               Defendant

********************************************************
TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court·     (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12/19/00   2:00 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 2113 (A)
                     Bank Robbery

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 7-14-67

(6) Type of Charging Document: (check one)
    [X] Indictment [ ] Complaint To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 12/19/00   (9) Arresting Officer: S/A James Lewis

(10) Agency: FBI Miami.   (11) Phone: 305-787-6617

(12) Comments: _____