# United States District Court

SOUTHERN DISTRICT OF FLORIDA          526080

UNITED STATES OF AMERICA

v.

KIMBERLY ADAMS

**WARRANT FOR ARREST**

CASE NUMBER **00-6333**

**CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ~~XXXXXXXXXXXXXXX~~ **KIMBERLY ADAMS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**BANK ROBBERY**

in violation of Title ___18___ United States Code, Section(s) 2113(a)

CLARENCE MADDOX                     CLERK OF THE COURT/COURT ADMINISTRATOR
Name of Issuing Officer              Title of Issuing Officer

_signature_                          11-30-2000    FT. LAUDERDALE, FLORIDA
Signature of Issuing Officer         Date and Location

Bail fixed at $ _Pretrial Detent. or._  by _signature_
                                           Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Ft. Lauderdale, Fl

| DATE RECEIVED 11/30/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone ~~United States Marshal~~ Southern District of Floirda | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 12/18/00 | | |

This form was electronically produced by Elite Federal Forms, Inc.