HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT ___JEFFERSON LEVINE_____ CASE NO: ~~00-6353-CR-DIMITROULEAS~~

AUSA ___LARRY BARDFELD___ _me___ ATTY ___ROBERT BARRAR___ _pre_

*Disc rec'd today –*
*M/due Jan 17 – one extra week for Giglio. @ 694*

DEFT ___KIMBERLY ADAMS_____ CASE NO: ___00-6333-CR-FERGUSON___

AUSA ___THOMAS LANIGAN___ /Washington ATTY FPD – Tim Day

*disc rec'd – No motion pending   00-00¹  @ 532*

DEFT ___ALEXANDER SWANSON_____ CASE NO: ~~00-6358-CR-DIMITROULEAS~~

AUSA ___ROGER POWELL___ /Washington ATTY ___FPD___ Day for Benule

*Disc will be sent today – no*
*pending motions – possibility of   @ 574*
*retained counsel coming in. o m/due Jan 17*

DEFT ___LORNA CUMMINGS_____ CASE NO: ~~00-6354-CR-FERGUSON~~

AUSA ___LARRY BARDFELD___ pres /Washington ATTY ___FPD___ Day

*disc rec'd – to be a plea*
*                                      @ 645*

DEFT ___MICHAEL McKAY_____ CASE NO: ~~00-6356-CR-ZLOCH~~

AUSA ___LARRY BARDFELD___ pres ATTY ___FPD___ Day for Swanger

*disc out – no outstanding motions*
*possible plea                 @ 667*

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DATE ___1/3/01_____ TIME ___11:00_____