UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6333-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

KIMBERLY ADAMS :

    Defendant. :
_____/



## MOTION TO WITHDRAW FROM FURTHER REPRESENTATION DUE TO CONFLICT

The Defendant, through counsel, files this Motion to Withdraw from Further Representation and states:

1. Ms. Adams co-defendant Joseph Felzer is alleged to have committed a number of bank robberies with Anthony Anselmo. In fact Mr. Anselmo was apprehended as a result of information supplied by Ms. Adams and has a pending indictment in 00-6323-Cr-Hurley. Undersigned counsel was initially appointed to represent Mr. Anselmo (representation was transferred to the West Palm Beach Federal Defender's Office when the case was assigned to Judge Hurley). As Ms. Adams gave the information that resulted in the identificaton and arrest of Mr.

Anselmo, a conflict of interest exists as to the continued representation of Ms. Adams by the Office of the Federal Defender.

WHEREFORE, the defendant, Kimberly Adams, files this Motion to Withdraw from Further Representation and requests that an attorney from the CJA panel be appointed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 108
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this _5_ day of January, 2001 to Thomas Lanigan, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

2