

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6333-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

KIMBERLY ADAMS :

    Defendant. :
_____/

## ORDER TO WITHDRAW FROM FURTHER REPRESENTATION DUE TO CONFLICT

THIS CAUSE having come before the Court on Defendant's Motion to Withdraw From Further Representation Due to Conflict and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to withdraw is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30th day of January, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: Timothy Day, AFPD
    Thomas Lanigan, AUSA

S:\DAY\Adams\Withdraw.wpd

