UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 00-6333-CR-FERGUSON

KIMBERLY ADAMS,
Defendant.

FILED by _____ D.C.
JAN 3 1 200_
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Appointment of Counsel. ( A copy of the Notice Of Criminal Trial shall be mailed to newly appointed counsel)

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 31st day of January 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:  U.S. Magistrate Lurana Snow
    Tom Lanigan, AUSA, AUSA
    Tim Day, AFPD