UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,                MINUTES CHANGE OF PLEA

    vs.

KIMBERLY ADAMS (J)
                    Defendant.
_____/



On March 2, 2001, the above-named defendant appeared in person
before the Honorable WILKIE D. FERGUSON, JR., United States
District Judge, with counsel Kenneth J. Kukec, Esq., appointed by
the **Court/retained** by the defendant, and said defendant stated in
open court that **he/her** desired to withdraw the plea of not guilty
heretofore entered and desired to enter a plea of guilty as to
Count(s) One (1) of the Indictment. After the defendant was duly
sworn, the Court made inquiry as to guilt. The Court, being
satisfied there was a factual basis for the plea, accepted the plea
of guilty and found the defendant guilty as charged.

Whereupon:

( )     The Court proceeded to pronounce sentence.

(X)     The Court postponed sentencing until **5/18/01**   at
        9:30 a.m.,

( )     and the defendant was allowed to remain on present
        bond until then;

( )     and the defendant remanded to the custody of the
        U.S. Marshal until a $_____ bond is posted;

(X)     and the defendant was remanded to the custody of the
        U.S. Marshal awaiting sentencing.

Judge _Wilkie D. Ferguson, JR._
Reporter _Paul Haferling_____
Clerk __Deloris McIntosh