UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO. 00-6333-CR-~~FERGUSON~~ Hurley

KIMBERLY ADAMS,

    Defendant.

_____/

### DEFENDANT KIMBERLY ADAMS'S OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

The Defendant, Kimberly Adams, through her undersigned counsel, respectfully submits this objection to the Pre-Sentence Investigation Report (PSI) in this case. Specifically, Ms. Adams objects to paragraph 10 of the PSI, which finds that she is not entitled to any adjustment based on her "role in the offense," pursuant to § 3B1 of the United States Sentencing Guidelines ("USSG"). Ms. Adams respectfully submits that, since her participation in the offense predominantly related to events occurring after the charged bank robbery had taken place, her "role in the offense" was analogous to that of an accessory-after-the-fact – a role that is entitled to a six-level downward adjustment pursuant to § 2X3.1(a) of the guidelines. Consequently, Ms. Adams submits that she is entitled to either a two- or four-level downward adjustment based on her "mitigating role" pursuant to USSG § 3B1.2(a) or (b).

Respectfully submitted,

**KENNETH J. KUKEC, P.A.**

BY: _____
KENNETH J. KUKEC, ESQ.
Counsel for Defendant ADAMS
One Biscayne Tower, #2600
Miami, FL 33131-1802
(305) 358-2000
Florida Bar No. 618489

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. mail\ hand-delivery/facsimile to the following on this 4th day of May, 2001:

AUSA THOMAS P. LANIGAN
Office of the U.S. Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, FL 33301
(Counsel for the Government)

_____
KENNETH J. KUKEC

2