UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KIMBERLY ADAMS,
    (#55592-004)
    Defendant.
_____/



NOTICE RESETTING SENTENCING HEARING

TAKE NOTICE that the above cited case has been reassigned to the Honorable Daniel T. K. Hurley and the sentencing hearing, previously set for May 18, 2001, before the Honorable Wilkie D. Ferguson, Jr., on the above named defendant, has been reset to **Friday, July 20, 2001 at 1:30 p.m.** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida.

DATED THIS 7st day of May, 2001.

_____
James E. Caldwell, Sr.
Courtroom Deputy

**copy furnished:**
AUSA Thomas Lanigan
Kenneth J. Kukec, Esq.
United States Probation Office
United States Marshal's Service