TPL:tpl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6333-CR-HURLEY

FILED & ENTERED IN OPEN COURT
on 7-20-01 at
WPB

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )
                                )
        v.                       )
                                )
KIMBERLY ADAMS,                  )
        Defendant.               )
_____ )

GOVERNMENT'S MOTION TO REDUCE DEFENDANT'S SENTENCE PURSUANT TO
§5K1.1 of the FEDERAL SENTENCING GUIDELINES

Comes now the United States of America, by and through its undersigned Assistant United States Attorney and files this Motion to Reduce Defendant's Sentence pursuant to §5K1.1 of the Federal Sentencing Guidelines and in support thereof states as follows:

1. On February 2, 2001, the defendant pled guilty to bank robbery in violation of Title 18, United States Code, Section 2113(a).

2. The defendant began to cooperate immediately upon her arrest. Adams was extensively debriefed and provided valuable information which resulted in the arrest of her codefendant Felzer and a John Anselmo on five other bank robberies which were charged in case number 00-6323-CR-Hurley. Adams had agreed to testify for the government in the trial of codefendant Felzer in the case



she was charged in as well as testifying against Felzer and Anselmo regarding the other bank robberies. Felzer and Anselmo have pled guilty to bank robbery charges based partially on the anticipated testimony of Adams.

3. Pursuant to Local Rule 88.5, Ken Kukes, attorney for Defendant Adams was contacted regarding his position on the proposed motion. Mr. Kukes advised that he joined in the proposed motion.

4. The United States will provide the details of the defendant's substantial assistance at the sentencing hearing scheduled for July 20, 2001.

WHEREFORE, the United States and the Defendant, Juan Granda, respectfully requests that this Honorable Court reduce the defendant's Sentence Pursuant to §5K1.1 of the Federal Sentencing Guidelines.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court ID #A5500033
500 East Broward Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 356-7255
           (954) 356-7228 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was telefaxed and hand delivered this 20th day of July, 2001 to Ken Kukec, Esq., One Biscayne Tower #2600 Miami, FL 33131-1802.

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY