PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 66638

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6333-CR-HURLEY

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  **ADAMS, Kimberly**

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley  
United States District Court  
Southern District of Florida

FILED by _____ D.C.  
FEB - 4 2003  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

Date of Original Sentence: July 20, 2001

Original Offense: Bank Robbery, 18 U.S.C. § 2113 (a)

Original Sentence: 28 months Bureau of Prisons, three years supervised release. Special Conditions: 1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse, as directed by the U.S. Probation Office. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S Probation Officer, based on ability to pay, or availability of third party payment; 2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer; 3) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; 4) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. Restitution of $2,519.49.

Type of Supervision: Supervised Release

Date Supervision Commenced: September 29, 2002

Assistant U.S. Attorney:  
Thomas Lannagan  
5000 E. Broward Boulevard, Seventh Floor  
Ft. Lauderdale, FL 33301  
954-356-7255

Defense Attorney:  
Kenneth Joseph KuKec  
1 Biscayne Tower, Suite 2600  
2 South Biscayne Boulevard  
Miami, FL 33131  
305-358-2000

PROB 12C  SD/FL PACTS No. 66638
(SD/FL 9/96)

Name of Offender: **ADAMS, Kimberly**  CASE NO. <u>00-6333-CR-HURLEY</u>

# PETITIONING THE COURT

[X]  To issue a warrant
[]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about January 16, 2003, and January 22, 2003, the defendant submitted urine specimens that tested positive for the presence of cocaine in our local laboratory. On January 23, 2003, the defendant admitted to probation officer Graves that she had used cocaine as indicated by the positive urine test of January 16, 2003. Both tests are pending confirmation from PharmChem Laboratories, Inc. |
| 2 | **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the U. S. Probation Officer. On or about January 16, 2003, the defendant was questioned regarding her association with supervised releasee Steve Hamlin and stated that she was not associating with Steve Hamlin, when in fact, evidence indicated this to be false. Since January 1, 2003, Kimberly Adams and Steve Hamlin have been calling the Code-a-Phone from Steve Hamlin's personal cell phone. Calls made to the Code-a-Phone by Kimberly Adams were on average one minute separate from calls made by Steve Hamlin to Code-a-Phone, indicating their association with one another. Some calls were made as early as between 5:00 and 6:00 a.m. |
| 3 | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about January 1, 2003, the defendant moved from her approved residence of 1171 Handy Oak Circle, Royal Palm Beach, and failed to notify the probation officer ten days prior to any change. Subsequent investigation revealed that Kimberly Adams was residing with supervised releasee Steve Hamlin on Bimini Lane and Spafford Road in West Palm Beach, Florida. |
| 4 | **Violation of Standard Condition**, by associating with a person who is a convicted felon without permission of the U. S. Probation Officer. From January 1, 2003, until January 21, 2003, the defendant knowingly associated with Stephen Lee Hamlin; DOB: February 18, 1960; FBI No.: 155342V7; convicted in the Southern District of Florida on February 28, 1997; Dkt. No. 9:96CR08095-001; of Bank Robbery (Two Counts) and sentenced to 77 months followed by three years supervised release. |

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 66638

Name of Offender: **ADAMS, Kimberly**    CASE NO. <u>00-6333-CR-HURLEY</u>

5    **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On January 24, 2003, the defendant failed to report to The Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP) in West Palm Beach, Florida to commence residential treatment as directed.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *[signature]*  
Terry V. Graves  
U.S. Probation Officer  
Phone: 561-804-6844  
Date: January 27, 2003

THE COURT ORDERS:

[ ]   No Action  
[x]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

*[signature]*  
Signature of Judicial Officer

Feb. 3, 2003  
Date