PROB 19a

SD/FL PACTS No. 66638

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6333-CR-HURLEY



FILED by ___ D.C.
FEB - 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs Kimberly Adams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| ADAMS, Kimberly | F | W | 35 |

ADDRESS (STREET,CITY,STATE)
2191 Spafford Road, West Palm Beach, FL 33409

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable Daniel T. K. Hurley<br>United States District Court, West Palm Beach, FL | July 20, 2001 |

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
The Honorable Daniel T. K. Hurley
United States District Court, West Palm Beach, FL

| CLERK | BY DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | FEB 4 2003 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|
| | | |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

Personal History of Absconder form
Case 0:90-cr-09363-ABSCONDER   Document 49   Entered on FLSD Docket 02/06/2003   Page 1 of 2
Page 2 of 3

SD/FL PACTS#: 66638

# Personal History of Absconder

| | |
|---|---|
| TO: | U.S. MARSHALLS, Warrant Supervisor |
| FROM: | GRAVES, TERRY V.<br>U.S. COURTS, 501 S. FLAGLER DRIVE, SUITE 400<br>WEST PALM BEACH, FL 33401-5912<br>(561) 804-6844 |
| RE: | ADAMS, KIMBERLEY RAE |

**SEX:** M  **RACE:** WHITE
**DOB:** 7/14/1967  **POB:** MIDDLETOWN, OHIO
**HEIGHT:** 5'4  **WEIGHT:** 130
**EYES:** HAZEL  **HAIR:** BLOND

**Aliases:** KIMBERLY RAE ADAMS (TN)

**Complexion (Scars, Tattoos, Deformities, other ID marks):**
TAN; TATTOO ON LEFT SIDE OF CHEST (HEART WITH WINGS); TATTOO OF BUTTERFLY ON LEFT ANKLE AND TATTOO ON RIGHT ANGLE WITH INITIALS

**FBI:** 639508MA0  **SSN:** 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
**MRSH:** 55592-004  **INS:**
**FDLE:** 03080764

**Type of supervision:** TSR

**In custody now:** NO
**Drug use:** YES  **Drug:** COCAINE
**Mental Health:** NO  **Medications:**
**Last face-to-face contact (date):** 01/23/2003
**Does subject know warrant has been issued?:** NO

---

## CURRENT ADDRESS
1171 HANDY OAK CIRCLE, ROYAL PALM BEACH, FL 33411
**Address history**

**CURRENT PHONES**

(561) 784-0729 (H)

**Phone history**

**CURRENT EMPLOYMENTS**

**CURRENT VEHICLES**

---

**Current offense:** ROBB

**Nature, place and date of last known arrest and next court appearance:**

**Violent history:** NO

**Known co-defendants and associates and areas subject may frequent (names, aliases, addresses):**

MIGHT CHECK WITH PAULA, WHO IS A FOOD SERVER AT SALVATION ARMY AS ADAMS HAD PLANNED TO RESIDE WITH HER.

**Known family and relatives(name, relation, address, phone no.):**

FATHER IN TENNESSEE-ROY HUFF BOYFRIEND-STEVE HAMLIN UNDER USPO HOBCROFT. ASSOCIATE JOHNNIE RAY FAUGHN UNDER SUPERVISION OF USPO KIRSCHE. ASSOCIATE OF DEBBIE BIGELOW UNDER SUPERVISION OF USPO ROLAND.