# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 06/03/03   TIME: 10:00 AM

DEFT. KIMBERLY ADAMS (J)   CASE NO. 00-6333-CR-HURLEY/VITUNAC

AUSA. *Stephen Carlton* / JANICE LeCLAINCHE   ATTY. *Dave Brannon, AFPD*

AGENT. TERRY GRAVES - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING  INITIAL   BOND. NO BOND (GOVT REQUEST)

FUTURE DATES _____

DISPOSITION Defendant advised of rights. Federal Public Defender appointed. Defendant admitted to charges after conferring with counsel. Court finds defendant knowingly and voluntarily admitted to charges & will recommend that the District Court proceed to sentencing. Court sets "no bond"

DATE: 6/3/03   TAPE: LRJ-03- 38-3223