UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-HURLEY/VITUNAC



UNITED STATES OF AMERICA,

           Plaintiff,

vs.

KIMBERLY ADAMS,

           Defendant.   /

## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on June 3, 2003, for a hearing on alleged violations of supervised release. The defendant is charged with violations of her supervised release:

1. Violation of mandatory condition, by unlawfully possessing or using a controlled substance.

On or about January 16, 2003, and January 22, 2003, the Defendant submitted urine specimens that tested positive for the presence of cocaine in the local laboratory. On January 23, 2003, the Defendant admitted to Probation Officer Terry Graves that she had used cocaine as indicated by the positive urine test of January 16, 2003. Both tests are pending confirmation from PharmChem Laboratories, Inc.

2. Violation of standard condition, by failing to answer truthfully all inquiries by the U. S. Probation Officer.

On or about January 16, 2003, the Defendant was questioned regarding her association with supervised releasee Steve Hamlin and stated that she was not associating with Steve Hamlin, when

in fact, evidence indicated this to be false. Since January 1, 2003, Kimberly Adams and Steve Hamlin have been calling the Code-a-Phone from Steve Hamlin's personal cell phone. Calls made to the Code-a-Phone by Kimberly Adams were on average one minute separate from calls made by Steve Hamlin to the Code-a-Phone, indicating their association with one another. Some calls were made as early as between 5:00 and 6:00 a.m.

    3.    Violation of standard condition, by failing to notify the probation office of any change in residence.

On or about January 1, 2003, the Defendant moved from her approved residence of 1171 Handy Oak Circle, Royal Palm Beach, Florida, and failed to notify the probation officer ten days prior to any change. Subsequent investigation revealed that Kimberly Adams was residing with supervised releasee Steve Hamlin on Bimini Lane and Spafford Road in West Palm Beach, Florida.

    4.    Violation of standard condition, by associating with a person who is a convicted felon without permission of the U. S. Probation Officer.

From January 1, 2003 until January 21, 2003, the Defendant knowingly associated with Stephen Lee Hamlin, DOB: February 18, 1960; FBI No.:155342V7, convicted in the Southern District of Florida on February 28, 1997, Dkt. No. 9:96CR08095-001, of Bank Robbery (Two Counts) and sentenced to 77 months followed by three years supervised release.

    5.    Violation of standard condition, by failing to follow the instructions of the probation officer.

On January 24, 2003, the Defendant failed to report to the Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP) in West Palm Beach, Florida to commence residential treatment as directed.

The defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court finds that the defendant voluntarily and knowingly admitted to the violation of her supervised release. Based upon this finding, this Court recommends to the District Court that Kimberly Adams be found in violation of her supervised release and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T. K. Hurley, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 4th day of June, 2003.

_____
LINNEA R. JOHNSON
**UNITED STATES MAGISTRATE JUDGE**

Copies provided to:

The Honorable Daniel T. K. Hurley
Stephen Carlton, AUSA
Federal Public Defender
Terry Graves, USPO