PROB 19a  
SD/FL PACTS No. 66638

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6333-CR-HURLEY

U.S.A. vs Kimberly Adams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

RECEIVED UNITED STATES MARSHAL
2003 FEB -5 PM 1:07
SOUTHERN DISTRICT OF FLORIDA
W. PALM BCH. OFF.

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| ADAMS, Kimberly | F | W | 35 |

ADDRESS (STREET,CITY,STATE)
2191 Spafford Road, West Palm Beach, FL 33409

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable Daniel T. K. Hurley<br>United States District Court, West Palm Beach, FL | July 20, 2001 |

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
The Honorable Daniel T. K. Hurley
United States District Court, West Palm Beach, FL

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | *J.E. Clifford* | FEB 4 2003 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 2/4/03 | 6/2/03 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS West Palm Beach, FL

| NAME | (BY) | DATE |
|---|---|---|
| Christina Pharo, US Marshal S/D FL | Glen Wilner, SDUSM | 6/2/03 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

FID: 526020