UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KIMBERLY ADAMS,
    Defendant.
_____/



## ORDER ADOPTING THE REPORT AND RECOMMENDATION AND SETTING SENTENCING HEARING

**THIS MATTER** come before the court upon report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

1. The report and recommendation of the United States Magistrate Judge are **adopted**.

2. A sentencing hearing for the reported violation will be conducted on **Friday, June 25, 2003, at 8:30 a.m.** in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _10th_ day of June, 2003.

**copy furnished:**
AUSA Stephen Carlton
AFPD / West Palm Beach, FL
United States Probation Office
United States Marshal's Service

Daniel T. K. Hurley
United States District Judge