UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KIMBERLY ADAMS,
    Defendant.
_____/



## NOTICE RESETTING HEARING

**TAKE NOTICE** that the Violation Hearing in the above captioned case, previously set for Wednesday, June 25, 2003, at 8:30 a.m. and subsequently continued, has been reset to **Monday, July 7, 2003, at 8:30 a.m.** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 25th day of June, 2003.

**copy furnished**:
AUSA Karen L. Atkinson
AFPD Dave Lee Brannon
U.S. Marshal Service
U.S. Probation Office, ATTN: Terry Graves

                                  _____
                                  James E. Caldwell, Sr.
                                  Courtroom Deputy