PROB 19a                                                                                   SD/FL PACTS No. 66638

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6333-CR-HURLEY



FILED by _____ D.C.

OCT 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs ADAMS, Kimberly

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>Kimberly Adams | SEX<br>F | RACE<br>W | AGE<br>37 |
| ADDRESS (STREET, CITY, STATE)<br>unknown | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>The Honorable Daniel T. K. Hurley, United States District Judge<br>Southern District of Florida, West Palm Beach | | DATE IMPOSED<br>07/20/01 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Daniel T. K. Hurley, United States District Judge<br>Southern District of Florida, West Palm Beach | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>[signature] | DATE<br>OCT 9 2003 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

# Personal History of Absconder

SD/FL PACTS#: 66638

| | |
|---|---|
| **TO:** | U.S. MARSHALLS, Warrant Supervisor |
| **FROM:** | GRAVES, TERRY V.<br>U.S. COURTS, 501 S. FLAGLER DRIVE, SUITE 400<br>WEST PALM BEACH, FL 33401-5912<br>(561) 804-6844 |
| **RE:** | ADAMS, KIMBERLEY RAE |

**SEX:** M  **RACE:** WHITE
**DOB:** 7/14/1967  **POB:** MIDDLETOWN, OH
**HEIGHT:** 5'4'  **WEIGHT:** 130
**EYES:** HAZEL  **HAIR:** BLOND

**Aliases:** KIMBERLEY RAE ADAMS

**Complexion** (Scars, Tattoos, Deformities, other ID marks):
TAN COMPLEXION. TATTOOS OF BUTTERFLY ON LEFT ANKLE AND INITIALS OF TR ON RIGHT ANKLE

**FBI:** 639508MA0  **SSN:** 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
**MRSH:** 55592-004  **INS:**
**FDLE:** 03080764
**Type of supervision:** TSR

**In custody now:**
**Drug use:** YES  **Drug:** COCAINE
**Mental Health:** YES  **Medications:**
**Last face-to-face contact (date):** 09/11/2003
**Does subject know warrant has been issued?:** NO

**CURRENT ADDRESS**
5400 EAST AVE., WEST PALM BEACH, FL 0
**Address history**

Personal History of Absconder form
Page 2 of 2
Case 0:00-cr-06333-DTKH    Document 58    Entered on FLSD Docket 10/10/2003    Page 3 of 3

**CURRENT PHONES**

(561) 844-8660 (H)

**Phone history**

**CURRENT EMPLOYMENTS**

**CURRENT VEHICLES**

**Current offense:** ROBB

**Nature, place and date of last known arrest and next court appearance:**

**Violent history:**

**Known co-defendants and associates and areas subject may frequent (names, aliases, addresses):**

BOYFRIEND JEAN BIGELOW-561 255-0081 PREVIOUS NIGHT MANAGER AT CARP-DIANE BOLTON

**Known family and relatives(name, relation, address, phone no.):**

FATHER ROY HUFF RESIDES IN TENNESSEE.