PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 66638



FILED by _____ D.C.

OCI - 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6333-CR-HURLEY</u>

## <u>PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION</u>

Name of Offender:    **ADAMS, Kimberly**

Name of Sentencing Judicial Officer:    The Honorable Daniel T. K. Hurley
United States District Court
Southern District of Florida

Date of Original Sentence:    July 20, 2001

Original Offense:    Bank Robbery, 18 U.S.C. § 2113 (a)

Original Sentence:    28 months Bureau of Prisons, three years supervised release. Special Conditions: 1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse, as directed by the U.S. Probation Office; 2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer; 3) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; 4) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. Restitution of $2,519.49.

**July 7, 2003: Revocation:** The Term and Sentence of supervised release imposed on July 20, 2001, was revoked and the defendant was sentenced to time served. Upon completion of the term of imprisonment, the defendant shall be placed on supervised release for a term of 30 months with the following special conditions: 1) The defendant shall immediately enter The Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP) for a period of 30 days and shall follow all the rules and regulations of the facility; 2) Upon completion of CARP, the defendant shall participate in the halfway house residential program for a period of 120 days. The defendant is responsible for all financial obligations to the halfway house; 3) The defendant shall participate in an approved treatment program for mental health/ substance abuse as directed by the U. S. Probation Office, and abide by all supplemental conditions of treatment; 4) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer; 5) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. All other conditions remain the same.

PROB 12C                                                    SD/FL PACTS No. 66638
(SD/FL 9/96)

Name of Offender:    **ADAMS, Kimberly**              **CASE NO. 00-6333-CR-HURLEY**

Type of Supervision: Supervised Release         Date Supervision Commenced: September 29, 2002

Assistant U.S. Attorney:                        Defense Attorney:
Thomas Lannagan                                 Kenneth Joseph KuKec
5000 E. Broward Boulevard, Seventh Floor        1 Biscayne Tower, Suite 2600
Ft. Lauderdale, FL 33301                        2 South Biscayne Boulevard
954-356-7255                                    Miami, FL 33131
                                                305-358-2000

═══════════════════════════════════════════════════════════════

# PETITIONING THE COURT

[X]    To issue a warrant
[]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of
supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition**, by failing to notify the probation officer of a change in residence. On or about September 18, 2003, the defendant moved from her approved residence of 5402 East Avenue, West Palm Beach, Florida, and failed to notify the probation officer 10 days prior to any change. |
| 2 | **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about September 18, 2003, the defendant was unsuccessfully discharged by The Comprehensive Alcoholism and Rehabilitation Programs, Inc. (CARP). |

U.S. Probation Officer Recommendation:

[XX]    The term of supervision should be
[XX]    revoked.
[]      extended for _ years, for a total term of _ years.
[]      The conditions of supervision should be modified as follows:

PROB 12C                                                    SD/FL PACTS No. 66638
(SD/FL 9/96)

Name of Offender:    **ADAMS, Kimberly**              **CASE NO. 00-6333-CR-HURLEY**

Respectfully submitted,

by

Terry W. Graves
U.S. Probation Officer
Phone: 561-804-6844
Date: September 23, 2003

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

_____
Date