UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6333-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA

    Plaintiff

vs.

KIMBERLY ADAMS

    Defendant.
_____/

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, KIMBERLY ADAMS, appeared before the Court this day, represented by AFPD Robert Adler. The Defendant is charged with violating supervised release by failing to: (1) notify the probation officer of a change in residence; and (2) participate in an approved treatment program (CARP). The Defendant admits violating her supervised release and would like to proceed to sentencing. Additionally, the Defendant agrees to detention at this time.

This Court recommends that the District Court accept the Defendant's admission and find the Defendant guilty of violating supervised release. This Court recommends that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of United States District Judge Daniel T. K. Hurley. Additionally, IT IS HEREBY ORDERED that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.