# COURT MINUTES

CHIEF U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 10/28/2003   TIME: 10:00 AM

DEFT. KIMBERLY ADAMS ✓ (J)       CASE NO. 00-6333-Cr-Hurley/Vitunac

AUSA. _Lothrop Morris_ ✓ / THOMAS LANIGAN       ATTY. _Robert Adler, AFPD_ ✓

AGENT. TERRY GRAVES-PROBATION       VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING: INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE       BOND. NO BOND RECOMMENDED

DISPOSITION

Deft present - sworn/ist
Viols. read to deft & advised of her rights
Court questions deft, finds her indigent
& appoints FPD
Deft stipulates to detention, waives
prelim. & final hearings and requests
to proceed to sentencing. Deft admits to viols
R&R to follow

DATE: 10-28-03       TAPE: FTR 03-53-442