cda

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6333-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KIMBERLY ADAMS,

    Defendant.

_____/



FILED by _____ D.C.

NOV 0 3 2003

CLERK U.S. DIST. CT.
S.C. OF FLA. - W.P.B.

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
      Robert E. Adler
       Assistant
      Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 259942
      400 Australian Avenue, Suite 300
      West Palm Beach, FL 33401
      TEL:(561) 833-6288/FAX:(561) 833-0368

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was delivered this _3_ day of

November, 2003, to Assistant United States Attorney Thomas Lanigan, c/o 701 Clematis Street,

West Palm Beach, FL 33401.

Robert E. Adler