UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KIMBERLY ADAMS,
    Defendant.
_____/



## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the court for sentencing on November 25, 2003. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **One year and One day**. Upon the completion of the term of imprisonment, supervision shall be terminated.

2. The defendant shall remain liable for the payment of restitution. The government is not precluded from using other assets or income of the defendant to satisfy the restitution.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10 day of December, 2003.

**copy furnished:**
AUSA Thomas Lanigan
AFPD Robert E. Adler
U.S. Marshal Service
U.S. Probation Office

                                          Daniel T. K. Hurley
                                      United States District Judge