USA
vs
Kimberly Davis   00-6333CR
                        DTKH

```
┌─────────────────────────────────────────────┐
│ DEFENDANT DELIVERED ON   1/13/04            │
│         SURRENDERED ON _____          │
│ TO FCI TALLAHASSEE, FLORIDA                 │
│ BY BOP BUS _AOI_ ; USM _____             │
│ BY: ___B/GREEN, UE, BOP___                  │
│         For Inmate Systems Manager          │
└─────────────────────────────────────────────┘
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KIMBERLY ADAMS, 55592 004
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE came before the court for sentencing on November 25, 2003. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **One year and One day**. Upon the completion of the term of imprisonment, supervision shall be terminated.

2. The defendant shall remain liable for the payment of restitution. The government is not precluded from using other assets or income of the defendant to satisfy the restitution.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 10 day of December, 2003.

copy furnished:
AUSA Thomas Lanigan
AFPD Robert E. Adler
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Deputy Clerk
Date December 11 2003